## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**    Vera M. Scanlon      **DATE :**   7/28/15

**DOCKET NUMBER:**   15-394M      **LOG #:**   2:38 – 2:43

**DEFENDANT'S NAME :**   John Doe 15 MJ 394
     ✓ Present     ___ Not Present     ___ Custody     ✓ Bail

**DEFENSE COUNSEL :**   Laureano Guzman
     ___ Federal Defender    ___ CJA     ✓ Retained

**A.U.S.A:**   Lauren Elbert      **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :**   Estrelita Plested    (Language)   Spanish

___ Hearing held.     ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type ___   Start 7/28/15   Stop 9/15/15

___ Order of Speedy Trial entered.   Code Type ___   Start ___   Stop ___

___ Defendant's first appearance.    ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

**OTHERS :** ___